CALOGERO GIOVINCO and PASQUALE GIOVINCO, Copartners, Trading as C. GIOVINCO & SON, Respondents, v. MAXWELL KULLA, Defendant, and HAROLD KULLA and LEON KULLA, Copartners, Trading as JACOB KULLA SONS, Appellants.— Order denying appellants' motion to vacate plaintiffs' notice of examination before trial affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

In the Matter of the Application to Fix Compensation of Attorney Pursuant to Section 231-a of the Surrogate's Court Act in the Estate of ADOLPH G. AUSTIN, Also Known as ADOLPHUS G. AUSTIN, Deceased. Herbert L. Fuller and EDWARD MASON MOWTON, as Administrators C. T. A. of ADOLPH G. AUSTIN, Deceased, Respondents, Appellants; ROBERT S. MULLEN, Appellant, Respondent.— In a proceeding by an attorney to fix the value of his services to the executor (now deceased) of an estate, the successor representatives contested the claim on the question of the value and alleged payment in full by checks. Decree of the Surrogate's Court of Westchester County unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of Department of Welfare: LAURA KANE, Respondent, v. LOUIS BROWN, Appellant.— Appeal from an order of the Domestic Relations Court of the City of New York (Family Court), Richmond County. Order modified by striking therefrom the provision requiring the payment of fifteen dollars weekly, and substituting therefor a provision requiring the payment of eight dollars weekly, and as thus modified, unanimously affirmed. The amount of the contribution required of the grandfather of the children here involved was excessive, in view of the proof in this record respecting his financial ability and means. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.